

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00168-CV

| | | |
|---|---|---|
| M.B., INDIVIDUALLY AND AS NEXT FRIEND OF I.C., Appellant | § | On Appeal from the 67th District Court |
| | § | of Tarrant County (067-285252-16) |
| V. | § | April 9, 2020 |
| | § | Opinion by Justice Gabriel |
| S.C., Appellee | § | Dissenting Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's May 2, 2019 amended order. We reverse that portion of the trial court's amended order granting appellee S.C.'s second plea to the jurisdiction as to appellant M.B.'s partition claim and remand this case to the trial court with instructions to deny this portion of the appellee S.C.'s second plea to the jurisdiction and for further proceedings.

It is further ordered that appellee S.C. shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
Justice Lee Gabriel